COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 February 5, 2015
 No. 10-14-00379-CV
 ARGONAUT INSURANCE COMPANY, AND TRIDENT INSURANCE SERVICES, LLC
 v.
 WEST INDEPENDENT SCHOOL DISTRICT
 
 
 From the 170[th] District Court
 McLennan County, Texas
 Trial Court No. 2014-1985-4
 
--------------------------------------------------------------------------------
JUDGMENT

 The appellants' unopposed motion to dismiss this appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 Pursuant to the agreement of the parties as to costs, it is further ordered that costs of this proceeding are taxed against the party incurring same.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court for enforcement.
 PER CURIAM

 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk